MR. JUSTICE BURKE and MR. CHIEF JUSTICE ADAMS dissent.

MR. JUSTICE CAMPBELL not participating.

No. 13,530.

SPANYARD ET AL. *v.* WILSON ET AL.
(36 P. [2d] 1119)

Decided July 2, 1934. Rehearing denied September 10, 1934.

Judgment affirmed en banc without written opinion, Mr. Justice Campbell not participating.

Mr. GUY D. DUNCAN, for plaintiffs in error.

Mr. JOHN D. MILLIKEN, for defendant in error Wilson.

No. 13,533.

KITRELL ET AL. *v.* MAU SALTZMAN.
(36 P. [2d] 1118)

Decided July 2, 1934. Rehearing denied August 7, 1934.

Judgment affirmed en banc on application for supersedeas without written opinion. Mr. Justice Campbell and Mr. Justice Bouck not participating.